### 42305. SHEPPARD v. SHEPPARD et al.

HALL, Judge. The evidence in this negligence action shows that the injuries of the plaintiff were due to the negligence of the defendant, or to the plaintiff's own negligence, or to both.

The trial court erred in overruling the plaintiff's motion for new trial on the ground that the court charged the jury principles of law relating to unavoidable accident. *Atlantic C. L. R. Co. v. Jones,* 132 Ga. 189, 196 (63 SE 834); *Everett v. Clegg,* 213 Ga. 168 (97 SE2d 689); *Toles v. Hair,* 83 Ga. App. 144 (63 SE2d 3); accord *Bush v. Skelton,* 91 Ga. App. 83, 85 (84 SE2d 835).

*Judgment reversed. Nichols, P. J., and Deen, J., concur.*

ARGUED SEPTEMBER 13, 1966—DECIDED OCTOBER 10, 1966.

452

*McCamy, Minor, Vining & Phillips, Joseph T. Tuggle, Jr.*, for appellant.

*Mitchell & Mitchell, D. W. Mitchell, Jr.*, for appellee.